## (February 29, 1968)

■ In the Matter of J & T SULLIVANS RESTAURANT, INC., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— In a proceeding pursuant to CPLR article 78 to review respondent's determination canceling petitioner's restaurant liquor license, petition dismissed on the merits, and determination confirmed, without costs. No opinion. Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.

## THIRD DEPARTMENT, FEBRUARY, 1968

## (February 6, 1968)

■ SEVERYN J. HASBROUCK, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 42979.) — Motion to amend decision (28 A D 2d 1195) granted to the extent of awarding costs to claimant to abide the event, without costs. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ STEPHEN A. KELLY et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 42252.) — Motion for reargument granted, without costs, and upon reargument, original decision (28 A D 2d 1177) adhered to. On the court's own motion, decision amended so as to delete so much as provides: " and the location of the gravel mound in close proximity to the principal dwelling house on the estate farm ". Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ STISSING NATIONAL BANK, Appellant-Respondent, v. LEO KAPLAN, Respondent-Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs. (See CPLR 5514, subd. [a]; 5601, subd. [a].) Gibson, P. J., Herlihy, Aulisi, Staley, Jr. and Gabrielli, JJ, concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES CHURCHILL EASTMENT, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b] par. 2) for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 1, 5) thereof, and as otherwise insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.